STATE OF NEW JERSEY v. RALPH MENDILLO.

May 20, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ROGER MARSHALL.

May 20, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DARNELL JEFFREY ROSE.

May 20, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. BEATRICE CAMPBELL.

May 20, 1986.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF O.C.

May 20, 1986.

Petition for certification denied.